**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL SCHNEIDER,** | |
| Plaintiff, | Judge David A. Ruiz |
| v. | |
| **CORECIVIC OF TENNESSEE, LLC,** | Case No. 4:23-cv-02383 |
| Defendant. | |

**DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Now comes Defendant CoreCivic of Tennessee, LLC ("Defendant"), by and through undersigned counsel, and hereby move this Honorable Court for an order granting it an extension of time until January 31, 2024 in which to answer, move, or otherwise respond to Plaintiff's Complaint.

Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's current deadline is December 21, 2023. On December 15, 2023 and the morning of December 18, 2023, undersigned counsel for Defendant conferred via e-mail with counsel for Plaintiff to request their consent to Defendant's motion.  To date, Plaintiff's counsel has not responded.  Defendant's motion is made in good faith and not for purposes of delay as Defendant requires additional time to investigate Plaintiff's allegations. No prior extensions have been granted in this case.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant this motion and that its deadline to answer, move, or otherwise respond to Plaintiff's Complaint be extended up to and including January 31, 2024.

Respectfully submitted,


/s/ *Brian P. FitzGerald*
Shannon K. Patton, Bar No. 0069407
spatton@littler.com
Brian P. FitzGerald, Bar No. 0098265
bpfitzgerald@littler.com

LITTLER MENDELSON, P.C.
Key Tower
127 Public Square
Suite 1600
Cleveland, OH  44114-9612
Telephone:    216.696.7600
Facsimile:     216.696.2038

Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 18, 2023, the foregoing *Defendant's First Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian P. FitzGerald
Brian P. FitzGerald

One of the Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

4855-0912-2964.1 / 800000-9204

3