UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SCHNEIDER, | ) | CASE NO. 4:23-cv-2383 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| CORECIVIC OF TENN., LLC, | ) | CASE MANAGEMENT ORDER |
| | ) | |
| Defendant. | ) | |

The Case Management Conference was conducted on March 14, 2024.

1. The following parties were present:

   a. Plaintiff:  n/a

   b. Defendant's representative:  Kristen Jodway

2. The following attorneys were present:

   a. Plaintiff's counsel:  Patricia Brandt

   b. Defendant's counsel: Shannon K. Patton; Brian P. FitzGerald

3. The parties filed the Report of their Planning Meeting held pursuant to Local Rule 16.3. (R. 9).

RULINGS ON ADDITIONAL MATTERS PURSUANT TO L.R. 16.3

4.    After consultation with the parties and counsel, the court determined that this case will proceed on the **standard** track.

5.    Case referred to Alternative Dispute Resolution (ADR):

Yes: _____    No: __X__    Delay: _____

6.    The parties have not consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

7.    The parties represented that they have exchanged initial disclosures pursuant to Fed. R. Civ. P. 26.  The parties shall comply with the provisions regarding disclosure of witnesses and exhibits to be presented at trial.  No witness or exhibit will be permitted unless provided to opposing counsel in accordance with Fed. R. Civ. P. 26.

8.    **Discovery disputes shall be governed by the dictates of Local Rule ("LR") 37.1.  Counsel are also put on notice that the court interprets any certification pursuant to LR 37.1(a)(1) will mean that counsel seeking disputed information has actually talked to opposing counsel.**  No motions pertaining to discovery disputes may be filed without prior authorization from the court.

Without leave of court, no discovery materials shall be filed, except as necessary to support dispositive motions.  **Dispositive motions shall not be filed before the close of discovery without leave of court.**

2

**To the extent there is any discovery of electronically stored information, the default standard found in Appendix K to the Local Rules shall apply unless the parties agree to a different procedure.**

If a party intends to rely on deposition testimony in support of its position on a motion, the court prefers the filing of the entire deposition rather than excerpts, unless the party truly believes that excerpts are sufficient, and with the proviso that the party submitting excerpts shall provide the complete testimony with regard to the matter to be proved and any other party who believes the excerpts offered are not sufficient may file the entire deposition.  In any event, discovery material submitted in support of any party's position shall be filed at the same time as that party's memorandum setting forth its position.

9. Deadline for filing motions to amend pleadings/add parties: **March 21, 2024**.

10. Date of status hearings:  By telephone (counsel only): **July 31, 2024** at **11:30 a.m.**  Instructions for telephone conferencing will be provided by the court at a later date.

11. Discovery cut-off date is **September 13, 2024**

12. Deadline for filing dispositive motions: **October 14, 2024**
Brief in opposition to any dispositive motion is due no later than thirty (30) days after the filing of said motion.  LR 7.1(d).  Any reply briefs are due no later than fourteen (14) days after the filing of the opposition.  LR 7.1(e).

13. Expert witnesses: **In the absence of good cause shown, no party shall be permitted to call a witness at trial to give expert testimony when that witness has not appeared on such party's expert witness list.**

14. Other Directives:

The court will strictly enforce provisions regarding length of memoranda filed in support of motions. *See* L.R. 7.1. Motions for relief from the length restrictions must show good cause for such relief and must be made sufficiently in advance to permit the court to rule and the Clerk's office to issue the ruling by regular mail. Motions for relief from length restrictions which are filed contemporaneously with the memoranda exceeding the page limits will be denied. The court will permit only the motion with its supporting memorandum, the memorandum in opposition, and a reply. No surreplies will be permitted absent advance leave of the court.

Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

**Any requests for extension of any deadline must be made before the deadline date.**

IT IS SO ORDERED.

Dated: March 15, 2024                    s/ *David A. Ruiz*
                                         DAVID A. RUIZ
                                         U.S. DISTRICT JUDGE

4