**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MICHAEL SCHNEIDER,**

        Plaintiff,

    v.

**CORECIVIC OF TENNESSEE, LLC,**

        Defendant.

Case No. 4:23-cv-02383-DAR

Judge David A. Ruiz

## JOINT STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

NOW COME the parties, by and through the undersigned counsel, and hereby advise this Honorable Court that they have resolved their discovery dispute and the request for a status conference to discuss extending the discovery deadline is withdrawn.  The parties have reached an agreement to extend discovery for an additional six weeks for the limited purpose of allowing Plaintiff to depose Douglas Fender and Richard Pfifer, the two witnesses whose depositions were scheduled but cancelled prior to the close of the original discovery cutoff of September 13, 2024.  The parties stipulate to an additional six (6) weeks of time in which to conduct these two depositions.  Accordingly, the parties respectfully request that the Court extend the discovery deadline to November 18, 2024, and extend the deadline for dispositive motions until thirty (30) days thereafter, or December 18, 2024.

Respectfully submitted,

/s/ *Brian D. Spitz (per consent)*
Brian D. Spitz, Bar No. 0068816
Patricia Brandt, Bar No. 0099382
Taurean J. Shattuck, Bar No. 0097364
patricia.brandt@spitzlawfirm.com

SPITZ, THE EMPLOYEE'S LAW FIRM
25825 Science Park Drive
Suite 200
Beachwood, OH 44122
Telephone:     216.291.4744
Facsimile:     216.291.5744

Attorney for Plaintiff
MICHAEL SCHNEIDER

/s/ *Shannon K. Patton*
Shannon K. Patton, Bar No. 0069407
spatton@littler.com
Brian P. FitzGerald, Bar No. 0098265
bpfitzgerald@littler.com

LITTLER MENDELSON, P.C.
Key Tower
127 Public Square
Suite 1600
Cleveland, OH  44114-9612
Telephone:    216.696.7600
Facsimile:    216.696.2038

Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 7, 2024, the foregoing *Joint Stipulation to Extend Discovery and Dispositive Motion Deadlines* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/  Shannon K. Patton
Shannon K. Patton

One of the Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC